**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Mag. No. |
| | : | |
| v. | : | |
| | : | |
| **RAYMONE BAIN,** | : | VIOLATIONS: 26 U.S.C. § 7203 |
| | : | (Willful Failure to File Return); |
| **Defendant** | : | 47 D.C. § 4103 (Willful Failure to Make |
| | : | Return). |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Willful failure to file an U.S. Income Tax Return)

During the calendar year 2008, **RAYMONE BAIN**, a resident of Washington, D.C., had and received gross income of at least $8,950. By reason of such gross income, she was required by law, following the close of calendar year 2008 and on or before August 17, 2009, to make an income tax return (Form 1040) to the Internal Revenue Service stating specifically the items of her gross income and any deductions and credits to which she was entitled. Well knowing and believing all of the foregoing, she did willfully fail, on or about August 17, 2009, in the District of Columbia and elsewhere, to make an income tax return and pay any taxes due and owing to the United States.

All in violation of 26 U.S.C. Section 7203.

### COUNT TWO
(Willful failure to make a D.C. Return)

During the calendar year 2008, **RAYMONE BAIN**, a resident of Washington, D.C., was a person required under the District of Columbia law to make and file a D.C. tax return (D-40) and pay income tax. Well knowing and believing all of the foregoing, **RAYMONE BAIN** did

willfully fail, on or before August 17, 2009, within the District of Columbia, to make a tax return and pay taxes due and owing to the District of Columbia.

    All in violation of Title 47, D.C. Code, Section 4103(a).

                      **RONALD C. MACHEN JR.**
                        Attorney of the United States in
                        And for the District of Columbia

    By:       _____/s/_____
                SUSAN B. MENZER
                Assistant United States Attorney
                D.C. Bar No. 421007
                (202) 252-7819

                KAREN E. KELLY
                Assistant Chief, NCES
                Tax Division
                (202) 616-3864